UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 17-208 |
| v. | * | SECTION: "A" |
| FREDDY PRECIADO | * | |
| JOEL ORTIZ | | |
| ARLEN DAYANA TORRES MARTINEZ | * | |
| EDMOND ARZATE | | |
| | * | |

\* \* \*

## ORDER

Having considered the motion of the United States to unseal the indictment,

**IT IS HEREBY ORDERED** that the Clerk of Court for the Eastern District of Louisiana unseal the indictment in the above-captioned matter.

New Orleans, Louisiana, this _3rd_ day of May, 2019

_____
HONORABLE JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE